IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TREVOR DENSLEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | FILE NO. 20-SCCV-091825 |
| v. | : | |
| | : | |
| BENNIE CALDWELL, REBECCA STONE, CS TRANSPORT, INC., NATIONWIDE INSURANCE COMPANY OF AMERICA, JOHN DOE, and JOHN DOE, Inc., | : : : : : | |
| | | |
| Defendant. | | |

## JOINT NOTICE OF REMOVAL

COMES NOW, Bennie Caldwell, Rebecca Stone, CS Transport, Inc, and Nationwide Insurance Company of America, by and through counsel, Mark G. Hatton and the Law Office of J. Andrew Williams and hereby removes Civil Action File No. 20-SCCV-091825 from the State Court of Bibb County to the United States District Court for the Middle District of Georgia pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for this removal states as follows:

1.

Plaintiff Trevor Densley (hereinafter "Plaintiff") filed a civil action against the Defendants in the State Court of Bibb County, Civil Action File No. 20-SCCV-091825.  A copy of the Complaint and all pleadings filed in the State Court action are attached hereto as Exhibit "A."

2.

Plaintiff is a citizen of the State of Georgia.

3.

Defendant Bennie Caldwell is a citizen and resident of Ashland, Franklin County, Alabama

and maintains his domicile and residence at 2332 Taylor Road, Ashland, Alabama, 36251. Defendant Rebecca Stone is a citizen and resident of Ashland, Franklin County, Alabama and maintains her domicile and residence at 2332 Taylor Road, Ashland, Alabama, 36251. Defendant CS Transport, Inc is a foreign corporation organized and existing under the laws of the State of Alabama with its principal place of business located at 44 Lealander Road, Daviston, Alabama 36256, Tallapoosa County. Defendant Nationwide Insurance Company of America is a foreign corporation organized under the laws of Ohio with its principal place of business located at 1100 Locust Street, Des Moines, Iowa 50291-1100.

4.

As the parties in this case are fully diverse, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds $75,000.00. Plaintiff has demanded that Defendants pay him $1,000,000.00 for the injuries he has suffered in this case. (See. Exhibit "B"). Additionally, Plaintiff medicals bills are $28,972.00. Id. Finally, Defendants counsel discussed this matter with Plaintiff's counsel and inquired as to whether or not Plaintiff would agree to a $75,000.00 cap on damages. Plaintiff's counsel was unwilling to agree that the value of this case was less than $75,000.00. (See. Affidavit of Mark G. Hatton, Exhibit "C").

5.

Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all the process, pleadings, orders, and documents from the State Court Action that have been served upon the Defendants are being filed with the Notice of Removal.

6.

This Notice of Removal has been filed within 30 days of the date that the Defendants were served with the Summons and Complaint in this matter. Removal is therefore timely in accordance

with 28 U.S.C. § 1446(b).

7.

Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b) because the U.S. District Court for the Middle District of Georgia-Macon Division is the federal judicial district embracing the State Court of Bibb County where the State Court Action was originally filed.

8.

Pursuant to 28 U.S.C. § 1446 (b)(2)(A), "all defendants who have been properly joined and served must join in or consent to the removal of the action." All the Defendant have consented to the removal of this case as evidence by the fact that this is a joint removal by all the Defendants.

## CONCLUSION

By this Joint Notice of Removal, Bennie Caldwell, Rebecca Stone, CS Transport, Inc, and Nationwide Insurance Company of America, do not waive any objection they may have as to service, jurisdiction, venue, proper party, or any other defense or objections they may have to this action. Bennie Caldwell, Rebecca Stone, CS Transport, Inc, and Nationwide Insurance Company of America intend no admission of fact, law, or liability by this Notice, and expressly reserves all defenses, motions, and/or pleas.

This 21st day of October, 2020.

_____
MARK G. HATTON, GA Bar #: 337813
*Attorney for Defendants*

2970 Clairmont Road NE, Suite 600
Brookhaven, Georgia  30329
(404) 720-7691
(866) 281-0088 (*facsimile*)

mark.hatton@nationwide.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing pleading upon counsel for opposing parties as follows:

Reza Sedgi
287 Vineville Avenue
Macon, GA 31204
sedghilaw@gmail.com
*Attorney for Plaintiff*

by depositing a copy of same in the U.S. Mail with sufficient postage affixed thereto to insure delivery and/or by filing electronically with the Court's electronic filing system which will automatically send e-mail notification of same to all counsel of record.

This 21st day of October, 2020.

_____
MARK G. HATTON, GA Bar #: 337813
*Attorney for Defendants*

2970 Clairmont Road NE
Suite 600
Brookhaven, Georgia  30329
(404) 720-7691
(866) 281-0088 (*facsimile*)
mark.hatton@nationwide.com